B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Twain Condominiums, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-4562513** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3651 Arville**<br>**Las Vegas, NV**<br>ZIP Code **89103** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**630 Trade Center Dr.**<br>**Las Vegas, NV**<br>ZIP Code **89119** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | Twain Condominiums, LLC |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| --- | --- | --- |
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| --- | --- | --- |
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Twain Condominiums, LLC** |
|---|---|

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X *[signed]*
Signature of Attorney for Debtor(s)

**Thomas H. Fell, Esq. Nevada Bar No. 3717**
Printed Name of Attorney for Debtor(s)

**Gordon Silver**
Firm Name

**3960 Howard Hughes Parkway**
**Ninth Floor**
**Las Vegas, NV 89169**

Address

**(702) 796-5555**
Telephone Number

*12-15-10*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signed]*
Signature of Authorized Individual

**Roni Amid**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

*12-15-10*
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## UNANIMOUS RESOLUTION OF SOLE MANAGER
## OF TWAIN CONDOMINIUMS, LLC,
### a Nevada limited liability company

The undersigned, being the sole manager ("*Manager*") of Twain Condominiums, LLC, a Nevada limited liability company (the "Company"), does hereby adopt and ratify the following resolutions as of December 13, 2010:

RESOLVED, that the Manager is hereby authorized to execute and file on behalf of the Company a petition for relief under Chapter 11 of Title 11 of the United States Code, in the United States Bankruptcy Court for the District of Nevada;

FURTHER RESOLVED, that the Manager shall be designated as the natural person responsible for carrying out the duties of debtor and debtor-in-possession, including, but not limited to, executing all pleadings and paperwork required to effectuate the reorganization of the Company under Title 11 of the United States Code; and

FURTHER RESOLVED, that the Manager authorizes, directs and ratifies the Company's hiring of the law firm of Gordon Silver to represent the Company in such bankruptcy case.

Executed on this 13 day of December, 2010.

By: _____
Roni Amid, Manager

102702-001/1084738_2.doc

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **Twain Condominiums, LLC**
Debtor(s)

Case No. _____
Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Twain Condominiums Unit Owners Associati<br>Attn: Managing Member<br>16200 Addison Rd.<br>Suite 150<br>Addison, TX 75001 | Twain Condominiums Unit Owners Associati<br>Attn: Managing Member<br>16200 Addison Rd.<br>Addison, TX 75001 | HOA | | 16,000.00 |
| For Rent Magazine<br>Attn: Managing Member<br>75 Remittance Drive<br>Suite 1705<br>Chicago, IL 60675 | For Rent Magazine<br>Attn: Managing Member<br>75 Remittance Drive<br>Chicago, IL 60675 | Vendor | | 4,731.84 |
| Riccel Carpet Cleaning<br>Attn: Managing Member<br>936 Viscanio Place<br>Las Vegas, NV 89138 | Riccel Carpet Cleaning<br>Attn: Managing Member<br>936 Viscanio Place<br>Las Vegas, NV 89138 | Vendor | | 4,340.00 |
| James F. Lisowski Sr.<br>Attn: Managing Member<br>PO Box 95695<br>Las Vegas, NV 89193 | James F. Lisowski Sr.<br>Attn: Managing Member<br>PO Box 95695<br>Las Vegas, NV 89193 | | | 4,000.00 |
| AZ Partsmaster, Inc.<br>Attn: Managing Member<br>PO Box 23169<br>Phoenix, AZ 85063 | AZ Partsmaster, Inc.<br>Attn: Managing Member<br>PO Box 23169<br>Phoenix, AZ 85063 | Vendor | | 3,594.20 |
| Christensen Law Offices LLC<br>Attn: Managing Member<br>1000 S. Valley View Blvd<br>Las Vegas, NV 89107 | Christensen Law Offices LLC<br>Attn: Managing Member<br>1000 S. Valley View Blvd<br>Las Vegas, NV 89107 | Services | | 2,996.00 |
| HD Supply Facilities Maintenance<br>Attn: Managing Member<br>PO Box 509058<br>San Diego, CA 92150 | HD Supply Facilities Maintenance<br>Attn: Managing Member<br>PO Box 509058<br>San Diego, CA 92150 | Vendor | | 2,706.52 |
| Leak Control Services, Inc<br>Attn: Managing Member<br>4005 La Salle St.<br>San Diego, CA 92110 | Leak Control Services, Inc<br>Attn: Managing Member<br>4005 La Salle St.<br>San Diego, CA 92110 | Vendor | | 1,960.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Twain Condominiums, LLC**                      Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Rice Silbey Reuther & Sullivan, LLP<br>Attn: Managing Member<br>3960 Howard Hughes Parkway<br>Ste. 700<br>Las Vegas, NV 89169 | Rice Silbey Reuther & Sullivan, LLP<br>Attn: Managing Member<br>3960 Howard Hughes Parkway<br>Las Vegas, NV 89169 | Services | | 1,295.00 |
| Wilmar Industries Inc.<br>Attn: Managing Member<br>PO Box 404284<br>Atlanta, GA 30384-4284 | Wilmar Industries Inc.<br>Attn: Managing Member<br>PO Box 404284<br>Atlanta, GA 30384-4284 | Vendor | | 1,201.97 |
| Renters Legal Liability<br>Attn: Managing Member<br>525 East 100 South<br>Salt Lake City, UT 84102 | Renters Legal Liability<br>Attn: Managing Member<br>525 East 100 South<br>Salt Lake City, UT 84102 | | | 1,188.45 |
| D-Termination Pest Control<br>Attn: Managing Member<br>5685 N. Park St<br>Las Vegas, NV 89149 | D-Termination Pest Control<br>Attn: Managing Member<br>5685 N. Park St<br>Las Vegas, NV 89149 | Vendor | | 1,160.00 |
| Sherwin Williams<br>Attn: Managing Member<br>4237 W Sahara Ave<br>Las Vegas, NV 89102-3713 | Sherwin Williams<br>Attn: Managing Member<br>4237 W Sahara Ave<br>Las Vegas, NV 89102-3713 | Vendor | | 897.08 |
| Ideal Flooring Installations<br>Attn: Managing Member<br>3401 Sirius Ave<br>Las Vegas, NV 89102 | Ideal Flooring Installations<br>Attn: Managing Member<br>3401 Sirius Ave<br>Las Vegas, NV 89102 | Vendor | | 474.30 |
| Rent.Com<br>Attn: Managing Member<br>Payment Center Department 1987<br>Los Angeles, CA 90084 | Rent.Com<br>Attn: Managing Member<br>Payment Center Department 1987<br>Los Angeles, CA 90084 | Vendor | | 372.00 |
| Fast Glass, Inc<br>Attn: Managing Member<br>6255 S. Sandhill Rd.<br>Suite 900<br>Las Vegas, NV 89120 | Fast Glass, Inc<br>Attn: Managing Member<br>6255 S. Sandhill Rd.<br>Las Vegas, NV 89120 | Vendor | | 362.53 |
| Sparky s Sparkling Cleaning Services<br>Attn: Managing Member<br>8000 W. Spring Mountain Rd<br>Las Vegas, NV 89117 | Sparky s Sparkling Cleaning Services<br>Attn: Managing Member<br>8000 W. Spring Mountain Rd<br>Las Vegas, NV 89117 | Vendor | | 300.00 |
| Ellipse Communications, Inc.<br>Attn: Managing Member<br>PO Box 801814<br>Dallas, TX 75380 | Ellipse Communications, Inc.<br>Attn: Managing Member<br>PO Box 801814<br>Dallas, TX 75380 | Vendor | | 211.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Twain Condominiums, LLC**  
                         Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Sparking Clean Carpet Services<br>Attn: Managing Member<br>1713 Silver Birch Ln<br>Las Vegas, NV 89104 | Sparking Clean Carpet Services<br>Attn: Managing Member<br>1713 Silver Birch Ln<br>Las Vegas, NV 89104 | Vendor | | 180.00 |
| Dan Bradley Glass Shop, Inc.<br>Attn: Managing Member<br>4125 West Desert Inn Rd.<br>Las Vegas, NN 89102 | Dan Bradley Glass Shop, Inc.<br>Attn: Managing Member<br>4125 West Desert Inn Rd.<br>Las Vegas, NN 89102 | Vendor | | 169.97 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  _12-15-10_        Signature  _____  
                                                               **Roni Amid**  
                                                               **Manager**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### District of Nevada

In re   **Twain Condominiums, LLC**                              Case No. _____
                                      Debtor(s)                  Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   _12-15-10_                        _____
                                          **Roni Amid/Manager**
                                          Signer/Title

Twain Condominiums, LLC
630 Trade Center Dr.
Las Vegas, NV 89119

Office of the United States Trustee
300 Las Vegas Blvd., South, #4300
Las Vegas, NV 89101

Airgas West, Inc.
Attn: Managing Member
PO Box 7423
Pasadena, CA 91109

Alpine Water Systems - Las Vegas
Attn: Managing Member
PO Box 94436
Las Vegas, NV 89193

AZ Partsmaster, Inc.
Attn: Managing Member
PO Box 23169
Phoenix, AZ 85063

Christensen Law Offices LLC
Attn: Managing Member
1000 S. Valley View Blvd
Las Vegas, NV 89107

City National Bank
c/o Bart K. Larsen, Esq.
Kolesar & Leatham, Chtd.
3320 W. Sahara Ave., #380
Las Vegas, NV 89102

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551401
Las Vegas, NV 89155-1401

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Parkway
P.O. Box 551220
Las Vegas, NV 89155-1220

Classic Design Group
Attn: Managing Member
P.O. Box 571
Winona Lake, IN 46590

D-Termination Pest Control
Attn: Managing Member
5685 N. Park St
Las Vegas, NV 89149

Dan Bradley Glass Shop, Inc.
Attn: Managing Member
4125 West Desert Inn Rd.
Las Vegas, NN 89102

Dept. of Employment, Training &
Rehabilitation, Employment Security Div.
500 East Third St.
Carson City, NV 89713

Ellipse Communications, Inc.
Attn: Managing Member
PO Box 801814
Dallas, TX 75380

Fast Glass, Inc
Attn: Managing Member
6255 S. Sandhill Rd., Suite 900
Las Vegas, NV 89120

For Rent Magazine
Attn: Managing Member
75 Remittance Drive, Suite 1705
Chicago, IL 60675

HD Supply Facilities Maintenance
Attn: Managing Member
PO Box 509058
San Diego, CA 92150

Home Depot Credit Services
Attn: Managing Member
DEPT32-2134385057
PO Box 183175
Columbus, OH 43218-3175

Ideal Flooring Installations
Attn: Managing Member
3401 Sirius Ave
Las Vegas, NV 89102

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

James F. Lisowski Sr.
Attn: Managing Member
PO Box 95695
Las Vegas, NV 89193

Leak Control Services, Inc
Attn: Managing Member
4005 La Salle St.
San Diego, CA 92110

Nevada Department of Taxation
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

Rent.Com
Attn: Managing Member
Payment Center Department 1987
Los Angeles, CA 90084

Renters Legal Liability
Attn: Managing Member
525 East 100 South
Salt Lake City, UT 84102

Riccel Carpet Cleaning
Attn: Managing Member
936 Viscanio Place
Las Vegas, NV 89138

Rice Silbey Reuther & Sullivan, LLP
Attn: Managing Member
3960 Howard Hughes Parkway, Ste. 700
Las Vegas, NV 89169

Sherwin Williams
Attn: Managing Member
4237 W Sahara Ave
Las Vegas, NV 89102-3713

Sparking Clean Carpet Services
Attn: Managing Member
1713 Silver Birch Ln
Las Vegas, NV 89104

Sparky s Sparkling Cleaning Services
Attn: Managing Member
8000 W. Spring Mountain Rd
Las Vegas, NV 89117

State of Nevada DMV
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

Twain Condominiums Unit Owners Ass.
Attn: Managing Member
16200 Addison Rd., Suite 150
Addison, TX 75001

Ultimate Choice Carpet Cleaning
Attn: Managing Member
4320 West Reno Ave
Las Vegas, NV 89118

Wilmar Industries Inc.
Attn: Managing Member
PO Box 404284
Atlanta, GA 30384-4284

NV Energy
Attn: Managing Member
P.O. Box 10100
Reno, NV 89520-0024

Southwest Gas Corporation
Attn: Managing Member
P.O. Box 98510
Las Vegas, NV 89193

Las Vegas Valley Water District
Attn: Managing Member
1001 S. Valley View Blvd.
Las Vegas, Nevada 89153