# EXHIBIT 1

GORDON SILVER
THOMAS H. FELL, ESQ.
Nevada Bar No. 3717
E-mail: tfell@gordonsilver.com
JOHN P. WITUCKI, ESQ.
Nevada Bar No. 10800
E-mail: jwitucki@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| In re: | Case No.: 10-33323-LBR |
|---|---|
| TWAIN CONDOMINIUMS, LLC, | Chapter 11 |
| Debtor. | Date:<br>Time: |

**ORDER RE: EMERGENCY MOTION FOR ENTRY OF AN INTERIM ORDER PURSUANT TO BANKRUPTCY RULE 4001(b) AND LR 4001(b): (1) PRELIMINARILY DETERMINING EXTENT OF CASH COLLATERAL AND AUTHORIZING INTERIM USE OF CASH COLLATERAL BY DEBTOR; AND (2) SCHEDULING A FINAL HEARING TO DETERMINE EXTENT OF CASH COLLATERAL AND AUTHORIZING USE OF CASH COLLATERAL BY DEBTOR**

The Court having conducted a hearing with respect to Debtor's <u>Emergency Motion for Entry of an Interim Order Pursuant to Bankruptcy Rule 4001(B) and LR 4001(B): (1) Preliminarily Determining Extent of Cash Collateral and Authorizing Interim Use of Cash Collateral by Debtor; and (2) Scheduling A Final Hearing to Determine Extent of Cash Collateral and Authorizing Use of Cash Collateral by Debtor</u> (the "Motion"), and the Budget attached

102702-002/1093845

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

thereto, as filed by the above-captioned debtor and debtor-in-possession (the "Debtor");[1] all appearances having been noted in the record; the Court having reviewed the Motion, and the other declaration, pleadings and papers on file, and having heard the argument of counsel; the Court having stated its findings of fact and conclusions of law on the record at the hearing, which are incorporated herein by reference in accordance with Fed. R. Civ. P. 52, made applicable pursuant to Fed. R. Bankr. P. 9014(c); it appearing that the relief requested in the Motion is necessary in order to avert potentially immediate and irreparable harm to Debtor, and is in the best interest of the Debtor, its estate, its creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED** as follows:

1. The Motion is granted;

2. Subject to the terms and conditions set forth in the Motion and the Budget, Debtor is hereby authorized and approved to use Cash Collateral on an interim basis pursuant Fed. R. Bankr. P. 4001(b) and LR 4001(b) for a period up to and including the date of entry of a final order.

3. The Debtor is authorized to immediately use Cash on Hand, the Deposit Accounts and Post-Petition Cash as necessary to satisfy ongoing post-petition obligations, to facilitate an effective and orderly reorganization, and as provided for in the Budget.

4. There is no stay of this Order pursuant to Fed. R. Bankr. P. 6004(h).

5. <u>Any objections to final relief herein shall be in writing and filed by _____, 2010 (the "Objection Deadline"); any replies to oppositions shall be filed by _____, 2010; and, if any objections are filed, the Court shall hold a hearing on _____, 2011.</u>

6. **IF NO OPPOSITIONS ARE FILED BY THE OBJECTION DEADLINE, AN ORDER GRANTING THE ABOVE REQUESTED RELIEF MAY BE ENTERED BY THE UNITED STATES BANKRUPTCY COURT WITHOUT FURTHER NOTICE OR HEARING,** pursuant to 11 U.S.C. § 102(1)(B)(i).

---

[1] Terms not otherwise defined herein are as defined in the Motion.

102702-002/1093845.doc

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

7. Notice of the Motion was appropriate under the circumstances of this Chapter 11 Case, and in order to avert potentially immediate and irreparable harm to Debtor.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED:

GORDON SILVER

By: _____
THOMAS H. FELL, ESQ.
JOHN P. WITUCKI, ESQ.
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, Nevada 89169
[Proposed ] Attorneys for Debtor

### LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court waived the requirement of approval under LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objection to the form or content of the order.

###

102702-002/1093845

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

3