GORDON SILVER
THOMAS H. FELL, ESQ.
Nevada Bar No. 3717
E-mail: tfell@gordonsilver.com
JOHN P. WITUCKI, ESQ.
Nevada Bar No. 10800
E-mail: jwitucki@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
[Proposed] Attorneys for Debtor

E-Filed On _*1 - 7 -11*_

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 10-33323-LBR |
| | Chapter 11 |
| TWAIN CONDOMINIUMS, LLC, | |
| Debtor. | Date:  N/A |
| | Time:  N/A |

## AMENDMENT COVER SHEET

**The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).**

☐ Voluntary Petition (specify reason for amendment)_____
☒ Summary of Schedules
☒ Schedule A – Real Property
☒ Schedule B – Personal Property
☒ Schedule C – Property Claimed as Exempt
☒ Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders
  ☒ Add/delete creditor(s), change amount or classification of debt - **$26.00 fee required.**
☒ Schedule G – Schedule of Executory Contracts & Expired Leases
☒ Schedule H – Codebtors
☒ Schedule I – Current Income of Individual Debtor(s)
☒ Schedule J – Current Expenditures of Individual Debtor(s)
☒ Declaration Regarding Schedules
☒ Statement of Financial Affairs and/or Declaration
☒ Disclosure of Compensation of Attorney for Debtor
☒ List of Equity Security Holders
☒ Corporate ownership statement

DATED this 7th day of January, 2011.

GORDON SILVER

By: _____
THOMAS H. FELL, ESQ.
JOHN P. WITUCKI, ESQ.
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102702-002/1109072.doc

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re   **Twain Condominiums, LLC**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS  AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **City National Bank**<br>**c/o Bart K. Larsen, Esq.**<br>**Kolesar & Leatham, Chtd.**<br>**3320 W. Sahara Ave., Ste. 380**<br>**Las Vegas, NV 89102** | **City National Bank**<br>**c/o Bart K. Larsen, Esq.**<br>**Kolesar & Leatham, Chtd.**<br>**Las Vegas, NV 89102** | **Twain Estates located at 3651 Arville Street** | **Disputed** | **11,620,305.00**<br><br>**(6,860,000.00 secured)** |
| **Twain Condominiums Unit Owners Assoc.**<br>**Attn: Managing Member**<br>**16200 Addison Rd.**<br>**Suite 150**<br>**Addison, TX 75001** | **Twain Condominiums Unit Owners Assoc.**<br>**Attn: Managing Member**<br>**16200 Addison Rd.**<br>**Addison, TX 75001** | **HOA** | | **100,000.00** |
| **Riccel Carpet Cleaning**<br>**Attn: Managing Member**<br>**936 Viscanio Place**<br>**Las Vegas, NV 89138** | **Riccel Carpet Cleaning**<br>**Attn: Managing Member**<br>**936 Viscanio Place**<br>**Las Vegas, NV 89138** | **Vendor** | | **5,345.00** |
| **For Rent Magazine**<br>**Attn: Managing Member**<br>**75 Remittance Drive**<br>**Suite 1705**<br>**Chicago, IL 60675** | **For Rent Magazine**<br>**Attn: Managing Member**<br>**75 Remittance Drive**<br>**Chicago, IL 60675** | **Vendor** | | **4,731.84** |
| **Christensen Law Offices LLC**<br>**Attn: Managing Member**<br>**1000 S. Valley View Blvd**<br>**Las Vegas, NV 89107** | **Christensen Law Offices LLC**<br>**Attn: Managing Member**<br>**1000 S. Valley View Blvd**<br>**Las Vegas, NV 89107** | **Services** | | **4,206.00** |
| **James F. Lisowski Sr.**<br>**Attn: Managing Member**<br>**PO Box 95695**<br>**Las Vegas, NV 89193** | **James F. Lisowski Sr.**<br>**Attn: Managing Member**<br>**PO Box 95695**<br>**Las Vegas, NV 89193** | | | **4,000.00** |
| **AZ Partsmaster, Inc.**<br>**Attn: Managing Member**<br>**PO Box 23169**<br>**Phoenix, AZ 85063** | **AZ Partsmaster, Inc.**<br>**Attn: Managing Member**<br>**PO Box 23169**<br>**Phoenix, AZ 85063** | **Vendor** | | **3,722.83** |
| **HD Supply Facilities Maintenance**<br>**Attn: Managing Member**<br>**PO Box 509058**<br>**San Diego, CA 92150** | **HD Supply Facilities Maintenance**<br>**Attn: Managing Member**<br>**PO Box 509058**<br>**San Diego, CA 92150** | **Vendor** | | **2,706.52** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Twain Condominiums, LLC**                                      Case No.  _____

_____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Leak Control Services, Inc<br>Attn: Managing Member<br>4005 La Salle St.<br>San Diego, CA 92110 | Leak Control Services, Inc<br>Attn: Managing Member<br>4005 La Salle St.<br>San Diego, CA 92110 | Vendor | | 1,960.00 |
| D-Termination Pest Control<br>Attn: Managing Member<br>5685 N. Park St<br>Las Vegas, NV 89149 | D-Termination Pest Control<br>Attn: Managing Member<br>5685 N. Park St<br>Las Vegas, NV 89149 | Vendor | | 1,590.00 |
| Rice Silbey Reuther & Sullivan, LLP<br>Attn: Managing Member<br>3960 Howard Hughes Parkway<br>Ste. 700<br>Las Vegas, NV 89169 | Rice Silbey Reuther & Sullivan, LLP<br>Attn: Managing Member<br>3960 Howard Hughes Parkway<br>Las Vegas, NV 89169 | Services | | 1,295.00 |
| Wilmar Industries Inc.<br>Attn: Managing Member<br>PO Box 404284<br>Atlanta, GA 30384-4284 | Wilmar Industries Inc.<br>Attn: Managing Member<br>PO Box 404284<br>Atlanta, GA 30384-4284 | Vendor | | 1,201.97 |
| Sherwin Williams<br>Attn: Managing Member<br>4237 W Sahara Ave<br>Las Vegas, NV 89102-3713 | Sherwin Williams<br>Attn: Managing Member<br>4237 W Sahara Ave<br>Las Vegas, NV 89102-3713 | Vendor | | 897.08 |
| RealPage, Inc.<br>Attn: Managing Member<br>P.O. Box 671777<br>Dallas, TX 75267-1777 | RealPage, Inc.<br>Attn: Managing Member<br>P.O. Box 671777<br>Dallas, TX 75267-1777 | Vendor | | 874.20 |
| Bulleye Telecom<br>Attn: Managing Member<br>25925 Telegraph Rd. Ste. 210<br>Southfield, MI 48033-2527 | Bulleye Telecom<br>Attn: Managing Member<br>25925 Telegraph Rd. Ste. 210<br>Southfield, MI 48033-2527 | Vendor | | 651.57 |
| Mr. Electric<br>Attn: Managing Member<br>P.O. Box 97402<br>Las Vegas, NV 89193-7402 | Mr. Electric<br>Attn: Managing Member<br>P.O. Box 97402<br>Las Vegas, NV 89193-7402 | Vendor | | 583.77 |
| Buy Low<br>Attn: Managing Member<br>5730 Boulder Highway<br>Las Vegas, NV 89122 | Buy Low<br>Attn: Managing Member<br>5730 Boulder Highway<br>Las Vegas, NV 89122 | Vendor | | 487.40 |
| Ideal Flooring Installations<br>Attn: Managing Member<br>3401 Sirius Ave<br>Las Vegas, NV 89102 | Ideal Flooring Installations<br>Attn: Managing Member<br>3401 Sirius Ave<br>Las Vegas, NV 89102 | Vendor | | 474.30 |
| Canyon Financial Services<br>Attn: Managing Member<br>14904 Collections Center Dr.<br>Las Vegas, NV 89103-1603 | Canyon Financial Services<br>Attn: Managing Member<br>14904 Collections Center Dr.<br>Las Vegas, NV 89103-1603 | Vendor | | 463.18 |

B4 (Official Form 4) (12/07) - Cont.

In re    **Twain Condominiums, LLC**                                    Case No. _____

 _____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Rent.Com<br>Attn: Managing Member<br>Payment Center Department 1987<br>Los Angeles, CA 90084 | Rent.Com<br>Attn: Managing Member<br>Payment Center Department 1987<br>Los Angeles, CA 90084 | Vendor | | 378.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date ___1-7-11___                          Signature _____

                                                        **Roni Amid**
                                                        **Manager**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### District of Nevada

In re    **Twain Condominiums, LLC**                      Case No. _____

                                     Debtor            Chapter _____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 6,860,000.00 | | |
| B - Personal Property | Yes | 3 | 98,278.99 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 11,620,305.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 502.90 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 237,604.64 | |
| G - Executory Contracts and Unexpired Leases | Yes | 18 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| Total Number of Sheets of ALL Schedules | | 37 | | | |
| | | Total Assets | 6,958,278.99 | | |
| | | | Total Liabilities | 11,858,412.54 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### District of Nevada

In re    **Twain Condominiums, LLC** _____ ,     Case No. _____

                                                    Debtor

                                                            Chapter_____ **11** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                    Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

In re   **Twain Condominiums, LLC**                                Case No. _____

                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Twain Estates located at 3651 Arville Street** | **Fee simple** | - | **6,860,000.00** | **11,620,305.00** |

| | | |
|---|---|---|
| Sub-Total > | **6,860,000.00** | (Total of this page) |
| Total > | **6,860,000.00** | |

               (Report also on Summary of Schedules)

**0**    continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                            Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re     **Twain Condominiums, LLC**                                    Case No. _____
                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **US Bank: checking account; no. X  XXX XXXX 1920 (prepetition account)** | - | 10,962.99 |
| | | | **Citi National Bank: checking account no. XXXXX1566** | - | 1,068.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >                       **12,030.99**
(Total of this page)

__2__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Twain Condominiums, LLC**                                              Case No. _____
                                                                                     
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **District Court action against City National Bank** | - | 0.00 |

|  | Sub-Total >| 0.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Twain Condominiums, LLC**                                      Case No. _____

_____
                           Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Misc. office furnishings:  4 desks; 4 chairs; 3 computers; 3 file cabinets; 2 copiers (own); misc. tables, cabinets** | - | 8,095.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Various plumbing equipment; misc. tools; cleaning machinery; housekeeping supplies** | - | 0.00 |
| 30. Inventory. | | **Apartment appliances: 188 each Refrigerators/stoves; 190 each dishwashers/ceiling fans; 10 dumpsters; Model Accessories; 3 Pool tables; 10 dumpsters** | - | 78,153.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 86,248.00 |
| (Total of this page) | |
| Total > | 98,278.99 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re    **Twain Condominiums, LLC**
_____,    Case No. _____
                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                          $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                        *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **NONE.** | | | |

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re  **Twain Condominiums, LLC**
_____
                    Debtor

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | | |
| **Account No.** | | | | | Deed of Trust | | | | | |
| **City National Bank** c/o Bart K. Larsen, Esq. Kolesar & Leatham, Chtd. 3320 W. Sahara Ave., Ste. 380 Las Vegas, NV 89102 | X | - | | | **Twain Estates located at 3651 Arville Street** | | | X | | |
| | | | | | Value $        **6,860,000.00** | | | | 11,620,305.00 | 4,760,305.00 |
| **Account No.** | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| **Account No.** | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| **Account No.** | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

**0**   continuation sheets attached

| | Subtotal (Total of this page) | 11,620,305.00 | 4,760,305.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 11,620,305.00 | 4,760,305.00 |

B6E (Official Form 6E) (4/10)

In re    **Twain Condominiums, LLC**                                    Case No. _____

                                                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

■ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                    <u>2</u>    continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Twain Condominiums, LLC**                                        Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Rental deposit refund | | | | | |
| Amy Lynn Karchefski 3651 S. Arville St., #152 Las Vegas, NV 89103 | | - | | | | | | 0.00 |
| | | | | | | | 92.17 | 92.17 |
| Account No. | | | Rental deposit refund | | | | | |
| David Bocage 4255 Tamarus St. #184, Bldg. 6 Las Vegas, NV 89119 | | - | | | | | | 0.00 |
| | | | | | | | 65.00 | 65.00 |
| Account No. | | | Rental deposit refund | | | | | |
| Dustin Burke 605 S. Flower St. #805 Los Angeles, CA 90017 | | - | | | | | | 0.00 |
| | | | | | | | 136.73 | 136.73 |
| Account No. | | | Rental deposit refund | | | | | |
| Efrem Neguse 5291 Pioneer Ave. #204 Las Vegas, NV 89146 | | - | | | | | | 0.00 |
| | | | | | | | 65.00 | 65.00 |
| Account No. | | | Rental deposit refund | | | | | |
| Mariam Garcia-Soto 6416 Tanager Way Las Vegas, NV 89103 | | - | | | | | | 0.00 |
| | | | | | | | 80.00 | 80.00 |

Sheet  **1**  of  **2**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                          0.00
(Total of this page)      438.90      438.90

B6E (Official Form 6E) (4/10) - Cont.

In re    **Twain Condominiums, LLC**                                               Case No. _____
_____,
                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | Rental deposit refund | | | | | | |
| **Michael Mays** **3880 Wynn Rd., #709** **Las Vegas, NV 89103** | - | | | | | | | 64.00 | 0.00 | 64.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet  **2**  of  **2**  continuation sheets attached to | Subtotal | 0.00 | |
| Schedule of Creditors Holding Unsecured Priority Claims | (Total of this page) | 64.00 | 64.00 |
| | Total | 0.00 | |
| | (Report on Summary of Schedules) | 502.90 | 502.90 |

B6F (Official Form 6F) (12/07)

In re    **Twain Condominiums, LLC**                                              Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
| Account No. | | 10/31/10 Vendor | | | | | | | |
| **Airgas West, Inc.** **Attn: Managing Member** **PO Box 7423** **Pasadena, CA 91109** | - | | | | | | | | 50.79 |
| Account No. | | 10/31/10 Vendor | | | | | | | |
| **Alpine Water Systems - Las Vegas** **Attn: Managing Member** **PO Box 94436** **Las Vegas, NV 89193** | - | | | | | | | | 35.13 |
| Account No. | | 8/13/10-11/19/10 Vendor | | | | | | | |
| **AZ Partsmaster, Inc.** **Attn: Managing Member** **PO Box 23169** **Phoenix, AZ 85063** | - | | | | | | | | 3,722.83 |
| Account No. | | Vendor | | | | | | | |
| **Bulleye Telecom** **Attn: Managing Member** **25925 Telegraph Rd. Ste. 210** **Southfield, MI 48033-2527** | - | | | | | | | | 651.57 |
| **6**__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 4,460.32 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Twain Condominiums, LLC** _____ ,   Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Vendor | | | | |
| **Buy Low** **Attn: Managing Member** **5730 Boulder Highway** **Las Vegas, NV 89122** | | - | | | | | 487.40 |
| Account No. | | | Vendor | | | | |
| **Canyon Financial Services** **Attn: Managing Member** **14904 Collections Center Dr.** **Las Vegas, NV 89103-1603** | | - | | | | | 463.18 |
| Account No. | | | 8/10/10-10/24/10 Services | | | | |
| **Christensen Law Offices LLC** **Attn: Managing Member** **1000 S. Valley View Blvd** **Las Vegas, NV 89107** | | - | | | | | 4,206.00 |
| Account No. | | | 9/13/10 Services | | | | |
| **Classic Design Group** **Attn: Managing Member** **P.O. Box 571** **Winona Lake, IN 46590** | | - | | | | | 38.43 |
| Account No. | | | 10/1/10-11/01/10 Vendor | | | | |
| **D-Termination Pest Control** **Attn: Managing Member** **5685 N. Park St** **Las Vegas, NV 89149** | | - | | | | | 1,590.00 |
| Sheet no. __1__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal (Total of this page) | | 6,785.01 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Twain Condominiums, LLC**                                              Case No. _____
                                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. | | | | | 10/20/10-11/22/10 Vendor | | | | |
| Dan Bradley Glass Shop, Inc. Attn: Managing Member 4125 West Desert Inn Rd. Las Vegas, NN 89102 | | - | | | | | | | 232.39 |
| Account No. | | | | | 10/20/10 Vendor | | | | |
| Ellipse Communications, Inc. Attn: Managing Member PO Box 801814 Dallas, TX 75380 | | - | | | | | | | 0.00 |
| Account No. | | | | | 8/11/2010\ Vendor | | | | |
| Fast Glass, Inc Attn: Managing Member 6255 S. Sandhill Rd. Suite 900 Las Vegas, NV 89120 | | - | | | | | | | 362.53 |
| Account No. | | | | | 9/20/10-11/15/10 Vendor | | | | |
| For Rent Magazine Attn: Managing Member 75 Remittance Drive Suite 1705 Chicago, IL 60675 | | - | | | | | | | 4,731.84 |
| Account No. | | | | | 7/29/10-9/23/10 Vendor | | | | |
| HD Supply Facilities Maintenance Attn: Managing Member PO Box 509058 San Diego, CA 92150 | | - | | | | | | | 2,706.52 |

Sheet no. __2__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      8,033.28

B6F (Official Form 6F) (12/07) - Cont.

In re    **Twain Condominiums, LLC**                                    Case No. _____
_____ ,
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. | | | 8/6/10 Charge account | | | | |
| Home Depot Credit Services Attn: Managing Member DEPT32-2134385057 PO Box 183175 Columbus, OH 43218-3175 | - | | | | | | 70.14 |
| Account No. | | | 9/1/10 Vendor | | | | |
| Ideal Flooring Installations Attn: Managing Member 3401 Sirius Ave Las Vegas, NV 89102 | | | | | | | 474.30 |
| Account No. | | | 11/30/10 | | | | |
| James F. Lisowski Sr. Attn: Managing Member PO Box 95695 Las Vegas, NV 89193 | - | | | | | | 4,000.00 |
| Account No. | | | 8/24/10-11/24/10 Vendor | | | | |
| Leak Control Services, Inc Attn: Managing Member 4005 La Salle St. San Diego, CA 92110 | - | | | | | | 1,960.00 |
| Account No. | | | Vendor | | | | |
| Mr. Electric Attn: Managing Member P.O. Box 97402 Las Vegas, NV 89193-7402 | - | | | | | | 583.77 |
| Sheet no. _3_ of _6_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal (Total of this page) | | | | 7,088.21 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Twain Condominiums, LLC**                                    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Services | | | | |
| NV Energy Attn: Managing Member PO Box 30086 Reno, NV 89520-3086 | | - | | | | | 36.57 |
| Account No. | | | Vendor | | | | |
| RealPage, Inc. Attn: Managing Member P.O. Box 671777 Dallas, TX 75267-1777 | | | | | | | 874.20 |
| Account No. | | | 11/3/10 Vendor | | | | |
| Rent.Com Attn: Managing Member Payment Center Department 1987 Los Angeles, CA 90084 | | | | | | | 378.00 |
| Account No. | | | 12/2/10 | | | | |
| Renters Legal Liability Attn: Managing Member 525 East 100 South Salt Lake City, UT 84102 | | - | | | | | 0.00 |
| Account No. | | | 8/09/10-11/26/10 Vendor | | | | |
| Riccel Carpet Cleaning Attn: Managing Member 936 Viscanio Place Las Vegas, NV 89138 | | - | | | | | 5,345.00 |

Sheet no. __4__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)        6,633.77

B6F (Official Form 6F) (12/07) - Cont.

In re    **Twain Condominiums, LLC**                                              Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Rice Silbey Reuther & Sullivan, LLP<br>Attn: Managing Member<br>3960 Howard Hughes Parkway<br>Ste. 700<br>Las Vegas, NV 89169 | - | | 8/31/10<br>Services | | | | 1,295.00 |
| Account No.<br><br>Sherwin Williams<br>Attn: Managing Member<br>4237 W Sahara Ave<br>Las Vegas, NV 89102-3713 | | | 9/24/10-11/11/10<br>Vendor | | | | 897.08 |
| Account No.<br><br>Sparking Clean Carpet Services<br>Attn: Managing Member<br>1713 Silver Birch Ln<br>Las Vegas, NV 89104 | | | 11/13/10<br>Vendor | | | | 180.00 |
| Account No.<br><br>Sparky s Sparkling Cleaning Services<br>Attn: Managing Member<br>8000 W. Spring Mountain Rd<br>Las Vegas, NV 89117 | - | | 11/3/10<br>Vendor | | | | 300.00 |
| Account No.<br><br>TJI Painting<br>Attn: Managing Members<br>2438 Belt Buckley Dr.<br>Henderson, NV 89002 | - | | Vendor | | | | 125.00 |

Sheet no. __5__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **2,797.08**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Twain Condominiums, LLC**    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 11/29/10 HOA | | | | |
| Twain Condominiums Unit Owners Assoc. Attn: Managing Member 16200 Addison Rd. Suite 150 Addison, TX 75001 | - | | | | | | | 200,550.00 |
| Account No. | | | | 10/10/10 Vendor | | | | |
| Ultimate Choice Carpet Cleaning Attn: Managing Member 4320 West Reno Ave Las Vegas, NV 89118 | - | | | | | | | 55.00 |
| Account No. | | | | 8/25/10-10/06/10 Vendor | | | | |
| Wilmar Industries Inc. Attn: Managing Member PO Box 404284 Atlanta, GA 30384-4284 | - | | | | | | | 1,201.97 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __6__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    201,806.97

Total
(Report on Summary of Schedules)    237,604.64

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    **Twain Condominiums, LLC**                                          Case No. _____

─────────────────────────────────────────────
                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Acevedo, Dario**<br>**3651 Arville St.**<br>**Bldg. 40, #264**<br>**Las Vegas, NV 89103** | **Tenant Lease; Twain Condominium as Landlord** |
| **Alan Venable**<br>**3651 Arville St.**<br>**Bldg. 6, #120**<br>**Las Vegas, NV 89103** | **Tenant Lease; Twain Condominium as Landlord** |
| **Alvarez, Abel**<br>**3651 Arville St.**<br>**Bldg. 11, #136**<br>**Las Vegas, NV 89103** | **Tenant Lease; Twain Condominium as Landlord** |
| **Andraca, Javier**<br>**3651 Arville St.**<br>**Bldg. 50, #733**<br>**Las Vegas, NV 89103** | **Tenant Lease; Twain Condominium as Landlord** |
| **Arceo, Augusto**<br>**3651 Arville St.**<br>**Bldg. 17, #304**<br>**Las Vegas, NV 89103** | **Tenant Lease; Twain Condominium as Landlord** |
| **Armer, Beverly**<br>**3651 Arville St.**<br>**Bldg. 40, #263**<br>**Las Vegas, NV 89103** | **Tenant Lease; Twain Condominium as Landlord** |
| **Asencion-Dominguez, Maximiliano**<br>**3651 Arville St.**<br>**Bldg. 27, #602**<br>**Las Vegas, NV 89103** | **Tenant Lease; Twain Condominium as Landlord** |
| **Austin, Robert**<br>**3651 Arville St.**<br>**Bldg. 35, #436**<br>**Las Vegas, NV 89103** | **Tenant Lease; Twain Condominium as Landlord** |
| **Aviles, Marta**<br>**3651 Arville St.**<br>**Bldg. 13, #147**<br>**Las Vegas, NV 89103** | **Tenant Lease; Twain Condominium as Landlord** |

**17**
──────  continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Twain Condominiums, LLC**                                                    Case No. _____

                                                    **Debtor**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Ayers, Matthew**<br>**3651 Arville St.**<br>**Bldg. 18, #310**<br>**Las Vegas, NV 89103** | Tenant Lease; Twain Condominium as Landlord |
| **Baez, Luis**<br>**3651 Arville St.**<br>**Bldg. 50, #732**<br>**Las Vegas, NV 89103** | Tenant Lease; Twain Condominium as Landlord |
| **Baldoz, Maribel**<br>**3651 Arville St.**<br>**Bldg. 43, #844**<br>**Las Vegas, NV 89103** | Tenant Lease; Twain Condominium as Landlord |
| **Banjaw, Dereje**<br>**3651 Arville St.**<br>**Bldg. 25, #330**<br>**Las Vegas, NV 89103** | Tenant Lease; Twain Condominium as Landlord |
| **Barker, Andrew**<br>**3651 Arville St.**<br>**Bldg. 14, #252**<br>**Las Vegas, NV 89103** | Tenant Lease; Twain Condominium as Landlord |
| **Bergstroom, Zenzile**<br>**3651 Arville St.**<br>**Bldg. 57, #710**<br>**Las Vegas, NV 89103** | Tenant Lease; Twain Condominium as Landlord |
| **Bishop, Donald**<br>**3651 Arville St.**<br>**Bldg. 56, #708**<br>**Las Vegas, NV 89103** | Tenant Lease; Twain Condominium as Landlord |
| **Borovikov, Alexey**<br>**3651 Arville St.**<br>**Bldg. 49, #729**<br>**Las Vegas, NV 89103** | Tenant Lease; Twain Condominium as Landlord |
| **Bubenicek, Peter**<br>**3651 Arville St.**<br>**Bldg. 22, #323**<br>**Las Vegas, NV 89103** | Tenant Lease; Twain Condominium as Landlord |
| **Camilot, Sergio**<br>**3651 Arville St.**<br>**Bldg. 15, #139**<br>**Las Vegas, NV 89103** | Tenant Lease; Twain Condominium as Landlord |

Sheet ___1___ of ___17___ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re  **Twain Condominiums, LLC**                                              Case No. _____

_____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Campos-Paredes, Abilio<br>3651 Arville St.<br>Bldg. 47, #739<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Canon Financial Services<br>Attn: Managing Member<br>P.O. Box 4004<br>Carol Stream, IL 60197 | Total Solution Lease Agreement dated 5/29/08; lease of copier |
| Cherkasov, Dennis<br>3651 Arville St.<br>Bldg. 49, #835<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Choi, Choung<br>3651 Arville St.<br>Bldg. 16, #157<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Coates, Freddie<br>3651 Arville St.<br>Bldg. 42, #841<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Corona-Pacheco, Araceli<br>3651 Arville St.<br>Bldg. 42, #742<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Dale Massey<br>3651 Arville St.<br>Bldg. 7, #123<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Dinet, Dina<br>3651 Arville St.<br>Bldg. 22, #321<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Edgar Anaya<br>3651 Arville St.<br>Bldg. 2, #102<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Eichman, Donald<br>3651 Arville St.<br>Bldg. 17, #302<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |

Sheet __2__ of __17__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re  **Twain Condominiums, LLC**                                              Case No. _____

_____
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Emenyo, Francis<br>3651 Arville St.<br>Bldg. 14, #154<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| England, Douglas<br>3651 Arville St.<br>Bldg. 16, #258<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Ernest Martinez<br>3651 Arville St.<br>Bldg. 2, #101<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Espitia, Adrian<br>3651 Arville St.<br>Bldg. 21, #320<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Felke, Zewdu<br>3651 Arville St.<br>Bldg. 26, #431<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Figueroa, Mario<br>3651 Arville St.<br>Bldg. 13, #148<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Flores, Carlos<br>3651 Arville St.<br>Bldg. 26, #332<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Flores, Guadalupe<br>3651 Arville St.<br>Bldg. 46, #749<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Ford, Triniti<br>3651 Arville St.<br>Bldg. 30, #507<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Frenchman, George<br>3651 Arville St.<br>Bldg. 21, #317<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |

Sheet   __3__   of   __17__   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Twain Condominiums, LLC**                                    Case No. _____

_____
                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Friger, Alexander<br>3651 Arville St.<br>Bldg. 4, #112<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Galang, Raymond<br>3651 Arville St.<br>Bldg. 16, #156<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Galecki, Terry<br>3651 Arville St.<br>Bldg. 26, #331<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Galwey, Anthony<br>3651 Arville St.<br>Bldg. 14, #253<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Garvey, Fred<br>3651 Arville St.<br>Bldg. 27, #501<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Gastelum-Lozoya, Jairo<br>3651 Arville St.<br>Bldg. 43, #743<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Geletew, Alem<br>3651 Arville St.<br>Bldg. 32, #612<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Geraldine Montoya<br>3651 Arville St.<br>Bldg. 7, #122<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Guillermina Canales<br>3651 Arville St.<br>Bldg. 4, #109<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Haley, Thomas<br>3651 Arville St.<br>Bldg. 35, #435<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |

Sheet    **4**    of    **17**    continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Twain Condominiums, LLC**                                                     Case No. _____

_____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Hao, Jun**<br>3651 Arville St.<br>Bldg. 24, #427<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| **Hapakuka, Sheree**<br>3651 Arville St.<br>Bldg. 46, #850<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| **Harper, Charysee**<br>3651 Arville St.<br>Bldg. 49, #830<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| **Harris, Patricia**<br>3651 Arville St.<br>Bldg. 29, #505<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| **Hartso, Tahni**<br>3651 Arville St.<br>Bldg. 22, #322<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| **Heilman, Cody**<br>3651 Arville St.<br>Bldg. 37, #339<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| **Her, Jerry**<br>3651 Arville St.<br>Bldg. 44, #845<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| **Heriberto Pedro-Mateo**<br>3651 Arville St.<br>Bldg. 5, #116<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| **Hernandez, Rogelio**<br>3651 Arville St.<br>Bldg. 21, #319<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| **Hinz, Gary**<br>3651 Arville St.<br>Bldg. 37, #340<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |

Sheet  **5**  of  **17**  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Twain Condominiums, LLC**                                    Case No. _____
_____,
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Hoare, Victor<br>3651 Arville St.<br>Bldg. 32, #511<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Hodge, David<br>3651 Arville St.<br>Bldg. 8, #226<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Holmski, Artur<br>3651 Arville St.<br>Bldg. 36, #438<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Hundie, Tadesse<br>3651 Arville St.<br>Bldg. 5, #113<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Hurst, Jason<br>3651 Arville St.<br>Bldg. 43, #744<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| James Riffle,<br>3651 Arville St.<br>Bldg. 2. #104<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Joan Meranchik<br>3651 Arville St.<br>Bldg. 3, #108<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| John Vargas<br>3651 Arville St.<br>Bldg. 7, #124<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Jones, Kenneth<br>3651 Arville St.<br>Bldg. 12, #131<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Kebede, Alemu<br>3651 Arville St.<br>Bldg. 32, #512<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |

Sheet   **6**   of   **17**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Twain Condominiums, LLC**                                          Case No. _____

                                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Keel, Roberta**<br>**3651 Arville St.**<br>**Bldg. 12, #132**<br>**Las Vegas, NV 89103** | **Tenant Lease; Twain Condominium as Landlord** |
| **Kline-Poulos, Liza**<br>**3651 Arville St.**<br>**Bldg. 41, #165**<br>**Las Vegas, NV 89103** | **Tenant Lease; Twain Condominium as Landlord** |
| **Kramer, Brett**<br>**3651 Arville St.**<br>**Bldg. 36, #338**<br>**Las Vegas, NV 89103** | **Tenant Lease; Twain Condominium as Landlord** |
| **Lao, Jonie**<br>**3651 Arville St.**<br>**Bldg. 11, #135**<br>**Las Vegas, NV 89103** | **Tenant Lease; Twain Condominium as Landlord** |
| **Lee, Anthony**<br>**3651 Arville St.**<br>**Bldg. 18, #309**<br>**Las Vegas, NV 89103** | **Tenant Lease; Twain Condominium as Landlord** |
| **Lewandowski, Brittany**<br>**3651 Arville St.**<br>**Bldg. 9, #230**<br>**Las Vegas, NV 89103** | **Tenant Lease; Twain Condominium as Landlord** |
| **Lindo, Asher**<br>**3651 Arville St.**<br>**Bldg. 13, #149**<br>**Las Vegas, NV 89103** | **Tenant Lease; Twain Condominium as Landlord** |
| **Lopez, Marisela**<br>**3651 Arville St.**<br>**Bldg. 4, #111**<br>**Las Vegas, NV 89103** | **Tenant Lease; Twain Condominium as Landlord** |
| **Lott, Christopher**<br>**3651 Arville St.**<br>**Bldg. 40, #164**<br>**Las Vegas, NV 89103** | **Tenant Lease; Twain Condominium as Landlord** |
| **Lou, Eric**<br>**3651 Arville St.**<br>**Bldg. 16, #256**<br>**Las Vegas, NV 89103** | **Tenant Lease; Twain Condominium as Landlord** |

Sheet   **7**   of   **17**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Twain Condominiums, LLC**                                                      Case No. _____

_____
                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Luis David-Lara<br>3651 Arville St.<br>Bldg. 6, #117<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Madrigal- Echeverria, Daniel<br>3651 Arville St.<br>Bldg. 45, #747<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Malave, Jennifer<br>3651 Arville St.<br>Bldg. 24, #327<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Mansouri, Idriss<br>3651 Arville St.<br>Bldg. 20, #314<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Maria Barragan<br>3651 Arville St.<br>Bldg. 5, #114<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Martin, Bryan<br>3651 Arville St.<br>Bldg. 53, #718<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Mclaughlin, Shawn<br>3651 Arville St.<br>Bldg. 9, #229<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Merliss, Benjamin<br>3651 Arville St.<br>Bldg. 34, #334<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Michael McKay<br>3651 Arville St.<br>Bldg. 4, #110<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Miguel Gonzalez-Fabila<br>3651 Arville St.<br>Bldg. 5, #115<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |

Sheet __8__ of __17__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Twain Condominiums, LLC**                                    Case No. _____
                                                                 ,
                                   Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Model, *<br>3651 Arville St.<br>Bldg. 51, #725<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Molinar, Alex<br>3651 Arville St.<br>Bldg. 9, #130<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Montalvo-Montalvo, Bernardina<br>3651 Arville St.<br>Bldg. 41, #166<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Morales, Gloria<br>3651 Arville St.<br>Bldg. 19, #308<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Moran, Enrique<br>3651 Arville St.<br>Bldg. 13, #150<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Morgan, Tami<br>3651 Arville St.<br>Bldg. 16, #255<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Mott, Kevin<br>3651 Arville St.<br>Bldg. 14, #251<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Murphy, Donald<br>3651 Arville St.<br>Bldg. 16, #155<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Ndiaye, Amadou<br>3651 Arville St.<br>Bldg. 30, #508<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Nguyen, Truc<br>3651 Arville St.<br>Bldg. 42, #842<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |

Sheet __9__ of __17__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re      **Twain Condominiums, LLC**                                                          Case No. _____
_____,
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Nikiforenko, Iryna<br>3651 Arville St.<br>Bldg. 30, #608<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Noble, Steve<br>3651 Arville St.<br>Bldg. 54, #716<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Olivares-Arrieta, Jose<br>3651 Arville St.<br>Bldg. 33, #513<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Olszewski, Marilena<br>3651 Arville St.<br>Bldg. 52, #722<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Oneal, Jerome<br>3651 Arville St.<br>Bldg. 52, #821<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Orozco, Angelica<br>3651 Arville St.<br>Bldg. 24, #328<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Oyunchimeg, Erdenebat<br>3651 Arville St.<br>Bldg. 55, #703<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Pak, Chan<br>3651 Arville St.<br>Bldg. 51, #726<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Pakcyk, Ariya<br>3651 Arville St.<br>Bldg. 32, #611<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Palmer, Niles<br>3651 Arville St.<br>Bldg. 28, #604<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |

Sheet __10__ of __17__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Twain Condominiums, LLC**                                          Case No. _____
                                                    ,
                                             Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Paredes-Toriz, Pablo<br>3651 Arville St.<br>Bldg. 16, #158<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Pascual, Enrique<br>3651 Arville St.<br>Bldg. 10, #138<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Patricio Maturana<br>3651 Arville St.<br>Bldg. 8, #126<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Pham, Cuong<br>3651 Arville St.<br>Bldg. 11, #245<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Phuong, Van<br>3651 Arville St.<br>Bldg. 39, #262<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Pino, Rienaldo<br>3651 Arville St.<br>Bldg. 11, #236<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Pino-Cardenas, Carlos<br>3651 Arville St.<br>Bldg. 17, #303<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Plascencia, Ezequiel<br>3651 Arville St.<br>Bldg. 25, #329<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Prather, Alicia<br>3651 Arville St.<br>Bldg. 31, #609<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Profit, Julius<br>3651 Arville St.<br>Bldg. 17, #301<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |

Sheet __11__ of __17__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Twain Condominiums, LLC**                                              Case No. _____
_____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Prowse, Stephen**<br>**3651 Arville St.**<br>**Bldg. 25, #430**<br>**Las Vegas, NV 89103** | Tenant Lease; Twain Condominium as Landlord |
| **Ramos, Brian**<br>**3651 Arville St.**<br>**Bldg. 10, #144**<br>**Las Vegas, NV 89103** | Tenant Lease; Twain Condominium as Landlord |
| **Ramos, Maria**<br>**3651 Arville St.**<br>**Bldg. 40, #163**<br>**Las Vegas, NV 89103** | Tenant Lease; Twain Condominium as Landlord |
| **Reyes, Jacqueline**<br>**3651 Arville St.**<br>**Bldg. 44, #846**<br>**Las Vegas, NV 89103** | Tenant Lease; Twain Condominium as Landlord |
| **Rich, Lois**<br>**3651 Arville St.**<br>**Bldg. 34, #333**<br>**Las Vegas, NV 89103** | Tenant Lease; Twain Condominium as Landlord |
| **Richard Fenton**<br>**3651 Arville St.**<br>**Bldg. 2, #103**<br>**Las Vegas, NV 89103** | Tenant Lease; Twain Condominium as Landlord |
| **Rios, Teresa**<br>**3651 Arville St.**<br>**Bldg. 38, #159**<br>**Las Vegas, NV 89103** | Tenant Lease; Twain Condominium as Landlord |
| **Rodriguez, Alma**<br>**3651 Arville St.**<br>**Bldg. 19, #306**<br>**Las Vegas, NV 89103** | Tenant Lease; Twain Condominium as Landlord |
| **Romero, Manuel**<br>**3651 Arville St.**<br>**Bldg. 19, #307**<br>**Las Vegas, NV 89103** | Tenant Lease; Twain Condominium as Landlord |
| **Rosales- Punzalan, Carmen**<br>**3651 Arville St.**<br>**Bldg. 23, #326**<br>**Las Vegas, NV 89103** | Tenant Lease; Twain Condominium as Landlord |

Sheet  __12__  of  __17__  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Twain Condominiums, LLC**                                    Case No. _____
_____,
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Ross, David<br>3651 Arville St.<br>Bldg. 21, #318<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Rossi, Joseph<br>3651 Arville St.<br>Bldg. 11, #145<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Roxana Plascencia<br>3651 Arville St.<br>Bldg. 3, #107<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Roy Rodriguez<br>3651 Arville St.<br>Bldg. 7, #121<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Rubi-Hernandez, Juan<br>3651 Arville St.<br>Bldg. 38, #160<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Ryan, Edgil<br>3651 Arville St.<br>Bldg. 10, #143<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Sabey, Bryan<br>3651 Arville St.<br>Bldg. 7, #223<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Santos, Corazon<br>3651 Arville St.<br>Bldg. 45, #748<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Schemkes, Raymond<br>3651 Arville St.<br>Bldg. 39, #162<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Schroeder, Laurence<br>3651 Arville St.<br>Bldg.12, #134<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |

Sheet __13__ of __17__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Twain Condominiums, LLC**                                          Case No. _____

_____
                           Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Sekhon, Gurpreet<br>3651 Arville St.<br>Bldg. 46, #849<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Shakeri, Saeed<br>3651 Arville St.<br>Bldg. 10, #137<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Silva, Diana<br>3651 Arville St.<br>Bldg. 54, #715<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Silva, Zachary<br>3651 Arville St.<br>Bldg. 43, #843<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Skillman, Roland<br>3651 Arville St.<br>Bldg. 39, #161<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Solomon, Girmay<br>3651 Arville St.<br>Bldg. 57, #709<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Solyman, J.-Michael<br>3651 Arville St.<br>Bldg. 57, #711<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Spanos, Thomas<br>3651 Arville St.<br>Bldg. 15, #239<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Steele, Robert<br>3651 Arville St.<br>Bldg. 26, #432<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Sy, Artemio<br>3651 Arville St.<br>Bldg. 14, #152<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |

Sheet __14__ of __17__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Twain Condominiums, LLC**                                          Case No. _____

_____
                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Tang, Daniel<br>3651 Arville St.<br>Bldg. 14, #151<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Tapia, Alejandro<br>3651 Arville St.<br>Bldg. 48, #738<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Taylor, Marshawn<br>3651 Arville St.<br>Bldg. 20, #313<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Tejeda, Juan<br>3651 Arville St.<br>Bldg. 30, #607<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Ten, Johnny<br>3651 Arville St.<br>Bldg. 29, #506<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Tesfagabir, Hadgu<br>3651 Arville St.<br>Bldg. 14, #254<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Thomas, Angela<br>3651 Arville St.<br>Bldg. 56, #706<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Thompson, Stephen<br>3651 Arville St.<br>Bldg. 11, #246<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Torres, Daniel<br>3651 Arville St.<br>Bldg. 38, #260<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Torres, Martha<br>3651 Arville St.<br>Bldg. 19, #305<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |

Sheet __15__ of __17__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Twain Condominiums, LLC**                                          Case No. _____
                                                                    ,
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Torres, Miguel<br>3651 Arville St.<br>Bldg. 36, #337<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Tragale, Anthony<br>3651 Arville St.<br>Bldg. 35, #335<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Tran, Phuoc<br>3651 Arville St.<br>Bldg. 48, #727<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Tran, Thi<br>3651 Arville St.<br>Bldg.12, #133<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Trowbridge, Dennis<br>3651 Arville St.<br>Bldg. 31, #509<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Turner, Irvin<br>3651 Arville St.<br>Bldg. 8, #127<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Valdez, Virginia<br>3651 Arville St.<br>Bldg. 14, #153<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Vitaliano Condes<br>3651 Arville St.<br>Bldg. 6, #119<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Walker, Clarence<br>3651 Arville St.<br>Bldg. 35, #336<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |
| Walker, Juliet<br>3651 Arville St.<br>Bldg. 24, #428<br>Las Vegas, NV 89103 | Tenant Lease; Twain Condominium as Landlord |

Sheet __16__ of __17__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Twain Condominiums, LLC**                                                    Case No. _____

_____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Wash, Harold**<br>**3651 Arville St.**<br>**Bldg. 47, #740**<br>**Las Vegas, NV 89103** | **Tenant Lease; Twain Condominium as Landlord** |
| **Washington, Patrice**<br>**3651 Arville St.**<br>**Bldg. 57, #712**<br>**Las Vegas, NV 89103** | **Tenant Lease; Twain Condominium as Landlord** |
| **Washington, Rosa**<br>**3651 Arville St.**<br>**Bldg. 18, #311**<br>**Las Vegas, NV 89103** | **Tenant Lease; Twain Condominium as Landlord** |
| **Wendt, Travis**<br>**3651 Arville St.**<br>**Bldg. 27, #502**<br>**Las Vegas, NV 89103** | **Tenant Lease; Twain Condominium as Landlord** |
| **Westcorp Management Group One, LLC**<br>**Attn: Ken Beck**<br>**630 Trade Center Dr. Ste. 200**<br>**Las Vegas, NV 89119** | **Residential Property Management Agreement dated December 1, 2007** |
| **Wilson, Christina**<br>**3651 Arville St.**<br>**Bldg. 18, #312**<br>**Las Vegas, NV 89103** | **Tenant Lease; Twain Condominium as Landlord** |
| **Wisniewski, Tom**<br>**3651 Arville St.**<br>**Bldg. 22, #324**<br>**Las Vegas, NV 89103** | **Tenant Lease; Twain Condominium as Landlord** |
| **Yi, Anna**<br>**3651 Arville St.**<br>**Bldg. 16, #257**<br>**Las Vegas, NV 89103** | **Tenant Lease; Twain Condominium as Landlord** |
| **Zaidi, Sayed**<br>**3651 Arville St.**<br>**Bldg. 29, #606**<br>**Las Vegas, NV 89103** | **Tenant Lease; Twain Condominium as Landlord** |

Sheet __17__ of __17__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re  **Twain Condominiums, LLC**                                                      Case No. _____
                                                                    ,
                                        Debtor

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Roni Amid**<br>**c/o Twain Condominiums, LLC**<br>**630 Trade Center Dr.**<br>**Las Vegas, NV 89119-3712** | **City National Bank**<br>**c/o Bart K. Larsen, Esq.**<br>**Kolesar & Leatham, Chtd.**<br>**3320 W. Sahara Ave., Ste. 380**<br>**Las Vegas, NV 89102** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re  **Twain Condominiums, LLC**                                                   Case No. _____

_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ | 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ | 0.00 |
| b. Insurance | $ | 0.00 | $ | 0.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 0.00 | $ | 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | 0.00 | | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  **Twain Condominiums, LLC**_____    Case No. _____
                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
|   a. Are real estate taxes included?  Yes ___  No **X** | | |
|   b. Is property insurance included?  Yes ___  No **X** | | |
| 2. Utilities:  a. Electricity and heating fuel | $ | 0.00 |
|           b. Water and sewer | $ | 0.00 |
|           c. Telephone | $ | 0.00 |
|           d. Other _____ | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 0.00 |
| 5. Clothing | $ | 0.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|           a. Homeowner's or renter's | $ | 0.00 |
|           b. Life | $ | 0.00 |
|           c. Health | $ | 0.00 |
|           d. Auto | $ | 0.00 |
|           e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|       (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|           a. Auto | $ | 0.00 |
|           b. Other _____ | $ | 0.00 |
|           c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other _____ | $ | 0.00 |
|     Other _____ | $ | 0.00 |

| | | |
|---|---|---|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 0.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
_____

| | | |
|---|---|---|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.  Average monthly income from Line 15 of Schedule I | $ | 0.00 |
| b.  Average monthly expenses from Line 18 above | $ | 0.00 |
| c.  Monthly net income (a. minus b.) | $ | 0.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    __Twain Condominiums, LLC__                       Case No. _____

                                     Debtor(s)                 Chapter    __11__ _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

         I, the Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____39____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____/-2-//_____          Signature _____

                                            **Roni Amid**
                                          **Manager**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## District of Nevada

In re  **Twain Condominiums, LLC**

Debtor(s)

Case No. _____

Chapter  **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $1,318,461.00 | 2010: Rental Income |
| $1,516,154.00 | 2009: Rental Income |
| $1,778,554.00 | 2008: Rental Income |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

#### 3. Payments to creditors

None ■ *Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

#### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Twain Condominiums, LLC v. City National Bank; Case No. A629659** | | **District Court Clark County, Nevada** | **Pending** |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Gordon Silver** **3960 Howard Hughes Parkway, 9th Floor** **Las Vegas, NV 89169** | **12/14/10** | **$9,957.50. GS has a balance of retainer in the amount of $41,042.50** |

4

**10. Other transfers**

None ■   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None ■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None ■   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

5

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, **within six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

6

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS
**Gail Kaster-Inman**
**McCarthy Kaster, CPAs**
**163 E. Warm Springs Rd.**
**Las Vegas, NV 89119**

DATES SERVICES RENDERED

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME
**Gail Kaster-Inman**

ADDRESS
**McCarthy Kaster, CPAs**
**163 Warm Springs Rd.**
**Las Vegas, NV 89119**

DATES SERVICES RENDERED

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME
**Gail Kaster-Inman**

ADDRESS
**McCarthy Kaster, CPAs**
**163 Warm Springs Rd.**
**Las Vegas, NV 89119**

None
☐

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS
**City National Bank**

DATE ISSUED

7

## 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY                INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                              (Specify cost, market or other basis)

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                                NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                                RECORDS

## 21 . Current Partners, Officers, Directors and Shareholders

None
☐    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **The Jamie and Irene Sirebrenik Trust UTD 10/22/96 9454 Wilshire Blvd., #207 Beverly Hills, CA 90212** | **Member** | |
| **The Gerry and Monica Schwarzblatt Trust UTD 10/25/96 9454 Wilshire Blvd., #207 Beverly Hills, CA 90212** | **Member** | |
| **Roni Amid c/o Twain Condominium 630 Trade Center Drive Las Vegas, NV 89119-3712** | **Member** | |

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                TITLE                NATURE AND PERCENTAGE
                                                    OF STOCK OWNERSHIP

## 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                        ADDRESS                        DATE OF WITHDRAWAL

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                TITLE                DATE OF TERMINATION

## 23 . Withdrawals from a partnership or distributions by a corporation

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                    DATE AND PURPOSE                AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR          OF WITHDRAWAL                    OR DESCRIPTION AND
                                                                VALUE OF PROPERTY

8

**24. Tax Consolidation Group.**

None
■     If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■     If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                               TAXPAYER IDENTIFICATION NUMBER (EIN)

9

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date ___*1-7-11*___                     Signature _____

**Roni Amid**
**Manager**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2010 Best Case Solutions, Inc. - Evanston, IL - www.bestcase.com                     Best Case Bankruptcy

# United States Bankruptcy Court
### District of Nevada

In re     **Twain Condominiums, LLC**

_____

Debtor

Case No._____

Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Roni Amid**<br>**c/o Twain Condominiums, LLC**<br>**630 Trade Center Dr.**<br>**Las Vegas, NV 89119-3712** | | | |
| **The Gerry and Monica Schwarzblatt Trust**<br>**Trust UDA 10/25/96**<br>**9454 Wilshire Blvd., #207**<br>**Beverly Hills, CA 90212** | | | |
| **The Jame and Irene Sirebrenik**<br>**Trust UTD 10/22/96**<br>**9454 Wilshire Blvd. #207**<br>**Beverly Hills, CA 90212** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date_____/-7-/1_____          Signature_____

**Roni Amid**
**Manager**

_Penalty for making a false statement or concealing property_:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**  continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## District of Nevada

In re  **Twain Condominiums, LLC**

Debtor(s)

Case No. _____

Chapter    **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | 9,957.50 |
| Prior to the filing of this statement I have received | $ | 9,957.50 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    _L 7 11_ _____

_____
Thomas H. Fell, Esq.
Gordon Silver
3960 Howard Hughes Parkway
Ninth Floor
Las Vegas, NV 89169
(702) 796-5555

---

# United States Bankruptcy Court
## District of Nevada

In re   **Twain Condominiums, LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Twain Condominiums, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

Date   *1-7-11*

Signature of Attorney or Litigant

**Thomas H. Fell, Esq.**

Counsel for   **Twain Condominiums, LLC**

**Gordon Silver**
**3960 Howard Hughes Parkway**
**Ninth Floor**
**Las Vegas, NV 89169**
**(702) 796-5555**

# United States Bankruptcy Court
## District of Nevada

In re   __Twain Condominiums, LLC_____    Case No. _____
                                    Debtor(s)                    Chapter    __11_____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: ___/-7-//_____          _____
                                    **Roni Amid/Manager**
                                    Signer/Title

**Twain Condominiums, LLC**
**Case No. 10-33323-LBR**

**Creditors added 1/07/11**

Amy Lynn Karchefski
3651 S. Arville St., #152
Las Vegas, NV 89103

Bulleye Telecom
Attn: Managing Member
25925 Telegraph Rd. Ste. 210
Southfield, MI 48033-2527

Buy Low
Attn: Managing Member
5730 Boulder Highway
Las Vegas, NV 89122

Canon Financial Services
Attn: Managing Member
P.O. Box 4004
Carol Stream, IL 60197

Canyon Financial Services
Attn: Managing Member
14904 Collections Center Dr.
Las Vegas, NV 89103-1603

David Bocage
4255 Tamarus St. #184, Bldg. 6
Las Vegas, NV 89119

Dustin Burke
605 S. Flower St. #805
Los Angeles, CA 90017

Efrem Neguse
5291 Pioneer Ave. #204
Las Vegas, NV 89146

Mariam Garcia-Soto
6416 Tanager Way
Las Vegas, NV 89103

Michael Mays
3880 Wynn Rd., #709
Las Vegas, NV 89103

Mr. Electric
Attn: Managing Member
P.O. Box 97402
Las Vegas, NV 89193-7402

NV Energy
Attn: Managing Member
PO Box 30086
Reno, NV 89520-3086

RealPage, Inc.
Attn: Managing Member
P.O. Box 671777
Dallas, TX 75267-1777

TJI Painting
Attn: Managing Members
2438 Belt Buckley Dr.
Henderson, NV 89002

Westcorp Management Group One, LLC
Attn: Ken Beck
630 Trade Center Dr. Ste. 200
Las Vegas, NV 89119

Acevedo, Dario
3651 Arville St.
Bldg. 40, #264
Las Vegas, NV 89103

Alan Venable
3651 Arville St.
Bldg. 6, #120
Las Vegas, NV 89103

Alvarez, Abel
3651 Arville St.
Bldg. 11, #136
Las Vegas, NV 89103

Andraca, Javier
3651 Arville St.
Bldg. 50, #733
Las Vegas, NV 89103

Arceo, Augusto
3651 Arville St.
Bldg. 17, #304
Las Vegas, NV 89103

Armer, Beverly
3651 Arville St.
Bldg. 40, #263
Las Vegas, NV 89103

Asencion-Dominguez, Maximiliano
3651 Arville St.
Bldg. 27, #602
Las Vegas, NV 89103

Austin, Robert
3651 Arville St.
Bldg. 35, #436
Las Vegas, NV 89103

Aviles, Marta
3651 Arville St.
Bldg. 13, #147
Las Vegas, NV 89103

Ayers, Matthew
3651 Arville St.
Bldg. 18, #310
Las Vegas, NV 89103

Baez, Luis
3651 Arville St.
Bldg. 50, #732
Las Vegas, NV 89103

Baldoz, Maribel
3651 Arville St.
Bldg. 43, #844
Las Vegas, NV 89103

Banjaw, Dereje
3651 Arville St.
Bldg. 25, #330
Las Vegas, NV 89103

Barker, Andrew
3651 Arville St.
Bldg. 14, #252
Las Vegas, NV 89103

Bergstroom, Zenzile
3651 Arville St.
Bldg. 57, #710
Las Vegas, NV 89103

Bishop, Donald
3651 Arville St.
Bldg. 56, #708
Las Vegas, NV 89103

Borovikov, Alexey
3651 Arville St.
Bldg. 49, #729
Las Vegas, NV 89103

Bubenicek, Peter
3651 Arville St.
Bldg. 22, #323
Las Vegas, NV 89103

Camilot, Sergio
3651 Arville St.
Bldg. 15, #139
Las Vegas, NV 89103

Campos-Paredes, Abilio
3651 Arville St.
Bldg. 47, #739
Las Vegas, NV 89103

Cherkasov, Dennis
3651 Arville St.
Bldg. 49, #835
Las Vegas, NV 89103

Choi, Choung
3651 Arville St.
Bldg. 16, #157
Las Vegas, NV 89103

Coates, Freddie
3651 Arville St.
Bldg. 42, #841
Las Vegas, NV 89103

Corona-Pacheco, Araceli
3651 Arville St.
Bldg. 42, #742
Las Vegas, NV 89103

Dale Massey
3651 Arville St.
Bldg. 7, #123
Las Vegas, NV 89103

Dinet, Dina
3651 Arville St.
Bldg. 22, #321
Las Vegas, NV 89103

Edgar Anaya
3651 Arville St.
Bldg. 2, #102
Las Vegas, NV 89103

Eichman, Donald
3651 Arville St.
Bldg. 17, #302
Las Vegas, NV 89103

Emenyo, Francis
3651 Arville St.
Bldg. 14, #154
Las Vegas, NV 89103

England, Douglas
3651 Arville St.
Bldg. 16, #258
Las Vegas, NV 89103

Ernest Martinez
3651 Arville St.
Bldg. 2, #101
Las Vegas, NV 89103

Espitia, Adrian
3651 Arville St.
Bldg. 21, #320
Las Vegas, NV 89103

Felke, Zewdu
3651 Arville St.
Bldg. 26, #431
Las Vegas, NV 89103

Figueroa, Mario
3651 Arville St.
Bldg. 13, #148
Las Vegas, NV 89103

Flores, Carlos
3651 Arville St.
Bldg. 26, #332
Las Vegas, NV 89103

Flores, Guadalupe
3651 Arville St.
Bldg. 46, #749
Las Vegas, NV 89103

Ford, Triniti
3651 Arville St.
Bldg. 30, #507
Las Vegas, NV 89103

Frenchman, George
3651 Arville St.
Bldg. 21, #317
Las Vegas, NV 89103

Friger, Alexander
3651 Arville St.
Bldg. 4, #112
Las Vegas, NV 89103

Galang, Raymond
3651 Arville St.
Bldg. 16, #156
Las Vegas, NV 89103

Galecki, Terry
3651 Arville St.
Bldg. 26, #331
Las Vegas, NV 89103

Galwey, Anthony
3651 Arville St.
Bldg. 14, #253
Las Vegas, NV 89103

Garvey, Fred
3651 Arville St.
Bldg. 27, #501
Las Vegas, NV 89103

Gastelum-Lozoya, Jairo
3651 Arville St.
Bldg. 43, #743
Las Vegas, NV 89103

Geletew, Alem
3651 Arville St.
Bldg. 32, #612
Las Vegas, NV 89103

Geraldine Montoya
3651 Arville St.
Bldg. 7, #122
Las Vegas, NV 89103

Guillermina Canales
3651 Arville St.
Bldg. 4, #109
Las Vegas, NV 89103

Haley, Thomas
3651 Arville St.
Bldg. 35, #435
Las Vegas, NV 89103

Hao, Jun
3651 Arville St.
Bldg. 24, #427
Las Vegas, NV 89103

Hapakuka, Sheree
3651 Arville St.
Bldg. 46, #850
Las Vegas, NV 89103

Harper, Charysee
3651 Arville St.
Bldg. 49, #830
Las Vegas, NV 89103

Harris, Patricia
3651 Arville St.
Bldg. 29, #505
Las Vegas, NV 89103

Hartso, Tahni
3651 Arville St.
Bldg. 22, #322
Las Vegas, NV 89103

Heilman, Cody
3651 Arville St.
Bldg. 37, #339
Las Vegas, NV 89103

Her, Jerry
3651 Arville St.
Bldg. 44, #845
Las Vegas, NV 89103

Heriberto Pedro-Mateo
3651 Arville St.
Bldg. 5, #116
Las Vegas, NV 89103

Hernandez, Rogelio
3651 Arville St.
Bldg. 21, #319
Las Vegas, NV 89103

Hinz, Gary
3651 Arville St.
Bldg. 37, #340
Las Vegas, NV 89103

Hoare, Victor
3651 Arville St.
Bldg. 32, #511
Las Vegas, NV 89103

Hodge, David
3651 Arville St.
Bldg. 8, #226
Las Vegas, NV 89103

Holmski, Artur
3651 Arville St.
Bldg. 36, #438
Las Vegas, NV 89103

Hundie, Tadesse
3651 Arville St.
Bldg. 5, #113
Las Vegas, NV 89103

Hurst, Jason
3651 Arville St.
Bldg. 43, #744
Las Vegas, NV 89103

James Riffle,
3651 Arville St.
Bldg. 2. #104
Las Vegas, NV 89103

Joan Meranchik
3651 Arville St.
Bldg. 3, #108
Las Vegas, NV 89103

John Vargas
3651 Arville St.
Bldg. 7, #124
Las Vegas, NV 89103

Jones, Kenneth
3651 Arville St.
Bldg. 12, #131
Las Vegas, NV 89103

Kebede, Alemu
3651 Arville St.
Bldg. 32, #512
Las Vegas, NV 89103

Keel, Roberta
3651 Arville St.
Bldg. 12, #132
Las Vegas, NV 89103

Kline-Poulos, Liza
3651 Arville St.
Bldg. 41, #165
Las Vegas, NV 89103

Kramer, Brett
3651 Arville St.
Bldg. 36, #338
Las Vegas, NV 89103

Lao, Jonie
3651 Arville St.
Bldg. 11, #135
Las Vegas, NV 89103

Lee, Anthony
3651 Arville St.
Bldg. 18, #309
Las Vegas, NV 89103

Lewandowski, Brittany
3651 Arville St.
Bldg. 9, #230
Las Vegas, NV 89103

Lindo, Asher
3651 Arville St.
Bldg. 13, #149
Las Vegas, NV 89103

Lopez, Marisela
3651 Arville St.
Bldg. 4, #111
Las Vegas, NV 89103

Lott, Christopher
3651 Arville St.
Bldg. 40, #164
Las Vegas, NV 89103

Lou, Eric
3651 Arville St.
Bldg. 16, #256
Las Vegas, NV 89103

Luis David-Lara
3651 Arville St.
Bldg. 6, #117
Las Vegas, NV 89103

Madrigal- Echeverria, Daniel
3651 Arville St.
Bldg. 45, #747
Las Vegas, NV 89103

Malave, Jennifer
3651 Arville St.
Bldg. 24, #327
Las Vegas, NV 89103

Mansouri, Idriss
3651 Arville St.
Bldg. 20, #314
Las Vegas, NV 89103

Maria Barragan
3651 Arville St.
Bldg. 5, #114
Las Vegas, NV 89103

Martin, Bryan
3651 Arville St.
Bldg. 53, #718
Las Vegas, NV 89103

Mclaughlin, Shawn
3651 Arville St.
Bldg. 9, #229
Las Vegas, NV 89103

Merliss, Benjamin
3651 Arville St.
Bldg. 34, #334
Las Vegas, NV 89103

Michael McKay
3651 Arville St.
Bldg. 4, #110
Las Vegas, NV 89103

Miguel Gonzalez-Fabila
3651 Arville St.
Bldg. 5, #115
Las Vegas, NV 89103

Model, *
3651 Arville St.
Bldg. 51, #725
Las Vegas, NV 89103

Molinar, Alex
3651 Arville St.
Bldg. 9, #130
Las Vegas, NV 89103

Montalvo-Montalvo, Bernardina
3651 Arville St.
Bldg. 41, #166
Las Vegas, NV 89103

Morales, Gloria
3651 Arville St.
Bldg. 19, #308
Las Vegas, NV 89103

Moran, Enrique
3651 Arville St.
Bldg. 13, #150
Las Vegas, NV 89103

Morgan, Tami
3651 Arville St.
Bldg. 16, #255
Las Vegas, NV 89103

Mott, Kevin
3651 Arville St.
Bldg. 14, #251
Las Vegas, NV 89103

Murphy, Donald
3651 Arville St.
Bldg. 16, #155
Las Vegas, NV 89103

Ndiaye, Amadou
3651 Arville St.
Bldg. 30, #508
Las Vegas, NV 89103

Nguyen, Truc
3651 Arville St.
Bldg. 42, #842
Las Vegas, NV 89103

Nikiforenko, Iryna
3651 Arville St.
Bldg. 30, #608
Las Vegas, NV 89103

Noble, Steve
3651 Arville St.
Bldg. 54, #716
Las Vegas, NV 89103

Olivares-Arrieta, Jose
3651 Arville St.
Bldg. 33, #513
Las Vegas, NV 89103

Olszewski, Marilena
3651 Arville St.
Bldg. 52, #722
Las Vegas, NV 89103

Oneal, Jerome
3651 Arville St.
Bldg. 52, #821
Las Vegas, NV 89103

Orozco, Angelica
3651 Arville St.
Bldg. 24, #328
Las Vegas, NV 89103

Oyunchimeg, Erdenebat
3651 Arville St.
Bldg. 55, #703
Las Vegas, NV 89103

Pak, Chan
3651 Arville St.
Bldg. 51, #726
Las Vegas, NV 89103

Pakcyk, Ariya
3651 Arville St.
Bldg. 32, #611
Las Vegas, NV 89103

Palmer, Niles
3651 Arville St.
Bldg. 28, #604
Las Vegas, NV 89103

Paredes-Toriz, Pablo
3651 Arville St.
Bldg. 16, #158
Las Vegas, NV 89103

Pascual, Enrique
3651 Arville St.
Bldg. 10, #138
Las Vegas, NV 89103

Patricio Maturana
3651 Arville St.
Bldg. 8, #126
Las Vegas, NV 89103

Pham, Cuong
3651 Arville St.
Bldg. 11, #245
Las Vegas, NV 89103

Phuong, Van
3651 Arville St.
Bldg. 39, #262
Las Vegas, NV 89103

Pino, Rienaldo
3651 Arville St.
Bldg. 11, #236
Las Vegas, NV 89103

Pino-Cardenas, Carlos
3651 Arville St.
Bldg. 17, #303
Las Vegas, NV 89103

Plascencia, Ezequiel
3651 Arville St.
Bldg. 25, #329
Las Vegas, NV 89103

Prather, Alicia
3651 Arville St.
Bldg. 31, #609
Las Vegas, NV 89103

Profit, Julius
3651 Arville St.
Bldg. 17, #301
Las Vegas, NV 89103

Prowse, Stephen
3651 Arville St.
Bldg. 25, #430
Las Vegas, NV 89103

Ramos, Brian
3651 Arville St.
Bldg. 10, #144
Las Vegas, NV 89103

Ramos, Maria
3651 Arville St.
Bldg. 40, #163
Las Vegas, NV 89103

Reyes, Jacqueline
3651 Arville St.
Bldg. 44, #846
Las Vegas, NV 89103

Rich, Lois
3651 Arville St.
Bldg. 34, #333
Las Vegas, NV 89103

Richard Fenton
3651 Arville St.
Bldg. 2, #103
Las Vegas, NV 89103

Rios, Teresa
3651 Arville St.
Bldg. 38, #159
Las Vegas, NV 89103

Rodriguez, Alma
3651 Arville St.
Bldg. 19, #306
Las Vegas, NV 89103

Romero, Manuel
3651 Arville St.
Bldg. 19, #307
Las Vegas, NV 89103

Rosales- Punzalan, Carmen
3651 Arville St.
Bldg. 23, #326
Las Vegas, NV 89103

Ross, David
3651 Arville St.
Bldg. 21, #318
Las Vegas, NV 89103

Rossi, Joseph
3651 Arville St.
Bldg. 11, #145
Las Vegas, NV 89103

Roxana Plascencia
3651 Arville St.
Bldg. 3, #107
Las Vegas, NV 89103

Roy Rodriguez
3651 Arville St.
Bldg. 7, #121
Las Vegas, NV 89103

Rubi-Hernandez, Juan
3651 Arville St.
Bldg. 38, #160
Las Vegas, NV 89103

Ryan, Edgil
3651 Arville St.
Bldg. 10, #143
Las Vegas, NV 89103

Sabey, Bryan
3651 Arville St.
Bldg. 7, #223
Las Vegas, NV 89103

Santos, Corazon
3651 Arville St.
Bldg. 45, #748
Las Vegas, NV 89103

Schemkes, Raymond
3651 Arville St.
Bldg. 39, #162
Las Vegas, NV 89103

Schroeder, Laurence
3651 Arville St.
Bldg.12, #134
Las Vegas, NV 89103

Sekhon, Gurpreet
3651 Arville St.
Bldg. 46, #849
Las Vegas, NV 89103

Shakeri, Saeed
3651 Arville St.
Bldg. 10, #137
Las Vegas, NV 89103

Silva, Diana
3651 Arville St.
Bldg. 54, #715
Las Vegas, NV 89103

Silva, Zachary
3651 Arville St.
Bldg. 43, #843
Las Vegas, NV 89103

Skillman, Roland
3651 Arville St.
Bldg. 39, #161
Las Vegas, NV 89103

Solomon, Girmay
3651 Arville St.
Bldg. 57, #709
Las Vegas, NV 89103

Solyman, J.-Michael
3651 Arville St.
Bldg. 57, #711
Las Vegas, NV 89103

Spanos, Thomas
3651 Arville St.
Bldg. 15, #239
Las Vegas, NV 89103

Steele, Robert
3651 Arville St.
Bldg. 26, #432
Las Vegas, NV 89103

Sy, Artemio
3651 Arville St.
Bldg. 14, #152
Las Vegas, NV 89103

Tang, Daniel
3651 Arville St.
Bldg. 14, #151
Las Vegas, NV 89103

Tapia, Alejandro
3651 Arville St.
Bldg. 48, #738
Las Vegas, NV 89103

Taylor, Marshawn
3651 Arville St.
Bldg. 20, #313
Las Vegas, NV 89103

Tejeda, Juan
3651 Arville St.
Bldg. 30, #607
Las Vegas, NV 89103

Ten, Johnny
3651 Arville St.
Bldg. 29, #506
Las Vegas, NV 89103

Tesfagabir, Hadgu
3651 Arville St.
Bldg. 14, #254
Las Vegas, NV 89103

Thomas, Angela
3651 Arville St.
Bldg. 56, #706
Las Vegas, NV 89103

Thompson, Stephen
3651 Arville St.
Bldg. 11, #246
Las Vegas, NV 89103

Torres, Daniel
3651 Arville St.
Bldg. 38, #260
Las Vegas, NV 89103

Torres, Martha
3651 Arville St.
Bldg. 19, #305
Las Vegas, NV 89103

Torres, Miguel
3651 Arville St.
Bldg. 36, #337
Las Vegas, NV 89103

Tragale, Anthony
3651 Arville St.
Bldg. 35, #335
Las Vegas, NV 89103

Tran, Phuoc
3651 Arville St.
Bldg. 48, #727
Las Vegas, NV 89103

Tran, Thi
3651 Arville St.
Bldg.12, #133
Las Vegas, NV 89103

Trowbridge, Dennis
3651 Arville St.
Bldg. 31, #509
Las Vegas, NV 89103

Turner, Irvin
3651 Arville St.
Bldg. 8, #127
Las Vegas, NV 89103

Valdez, Virginia
3651 Arville St.
Bldg. 14, #153
Las Vegas, NV 89103

Vitaliano Condes
3651 Arville St.
Bldg. 6, #119
Las Vegas, NV 89103

Walker, Clarence
3651 Arville St.
Bldg. 35, #336
Las Vegas, NV 89103

Walker, Juliet
3651 Arville St.
Bldg. 24, #428
Las Vegas, NV 89103

Wash, Harold
3651 Arville St.
Bldg. 47, #740
Las Vegas, NV 89103

Washington, Patrice
3651 Arville St.
Bldg. 57, #712
Las Vegas, NV 89103

Washington, Rosa
3651 Arville St.
Bldg. 18, #311
Las Vegas, NV 89103

Wendt, Travis
3651 Arville St.
Bldg. 27, #502
Las Vegas, NV 89103

Wilson, Christina
3651 Arville St.
Bldg. 18, #312
Las Vegas, NV 89103

Wisniewski, Tom
3651 Arville St.
Bldg. 22, #324
Las Vegas, NV 89103

Yi, Anna
3651 Arville St.
Bldg. 16, #257
Las Vegas, NV 89103

Zaidi, Sayed
3651 Arville St.
Bldg. 29, #606
Las Vegas, NV 89103